## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI

### EASTERN DIVISION AT ST. LOUIS

| | |
|---|---|
| RACHEL MERZ,                ) | |
| )                            | Case No. 4:12-CV-01807 |
| Plaintiff,           ) | |
| vs.                         ) | |
| )                            | |
| LTD FINANCIALSERVICES, L.P. ) | |
| )                            | |
| Defendant.         ) | |

### JOINT NOTICE OF SETTLEMENT

Plaintiff Rachel Merz, by and through her undersigned counsel, and Defendant, LTD Financial Services, LP, by and through its undersigned counsel, hereby provides the following Notice of Settlement.

Plaintiff and Defendant have reached a settlement of all claims in this action. Upon completion of the terms of the settlement, the parties will be filing a joint motion to dismiss this case, with each party to bear its own costs and fees, but no later than thirty (30) days from today's date.

Because of the settlement and forthcoming joint motion to dismiss, the pending deadline for submission of a Joint Scheduling Order should be stayed pending dismissal of this case. Upon dismissal of this case, all deadlines and motions pending with this Court will be moot.

Dated this 20th day of November 2012.

2

Respectfully Submitted,

By:   /s/ James Eason
      James Eason
      Eason and Voytas
      1 North Taylor Ave.
      St. Louis, MO  63108
      jameseason@easonvoytas.com
      (314) 932-1066 / (314) 932-1066  facsimile
      **Attorney for Plaintiff**

      AND


By:   /s/ Michael E. Brown
      Michael E. Brown     #49979
      KUTAK ROCK LLP
      Suite 500
      1010 Grand Blvd.
      Kansas City, Missouri  64106
      (816) 960-0090 / (816) 960-0041 facsimile
      mike.brown@kutakrock.com

By:   /s/ Fairfax Jones
      Fairfax Jones, Esq.
      CASSERLY JONES, P.C.
      211 North Broadway, Suite 2150
      St. Louis, Missouri 63102
      (314) 436-9600 / (314) 436-2577 facsimile
      fairfaxjones@msn.com
      **ATTORNEYS FOR DEFENDANT**