IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **RACHEL MERZ** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:12-cv-01807 (SNLJ) |
| **LTD FINANCIAL SERVICES, LP** | ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Rachel Merz, and defendant, LTD Financial Services, LP jointly stipulate to the dismissal of all claims against LTD Financial Services, LP, each party to bear his/its own costs and fees.


**FAIRFAX JONES**, fairfaxjones@msn.com


**EASON & VOYTAS, LLC**

/s/ James W. Eason
**JAMES W. EASON, #57112**
**RICHARD A. VOYTAS, #52046**
**EASON & VOYTAS, LLC**
**One North Taylor Avenue**
**St. Louis, Missouri 63108**
**Phone: (314) 932-1066**
**Fax:     (314) 667-3161**
**james.w.eason@gmail.com**